PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> MCKINNEY WALL SYSTEMS, INC., a California corporation; GARY MATTHEW MCKINNEY, also known as GARY MATHEW MCKINNEY, an individual; MCKINNEY DRYWALL, INC., a California corporation; PERLITE PLASTERING CO. INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. SACV 07-0716 CJC(ANx) <br><br> [~~PROPOSED~~] JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

have judgment against defendants, MCKINNEY WALL SYSTEMS, INC., a California corporation, and MCKINNEY DRYWALL, INC., a California corporation, in the amount of $338,904.51, interest from November 29, 2010 through December 20, 2010 at the rate of 10%, accruing at the rate of $94.14 per day in the amount of $2,918.34, attorneys fees in the amount of $10,378.09, for a total of $352,200.94, plus costs.

DATE: December 27, 2010

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: /s/ Margaret R. Gifford   12/22/10
    MARGARET R. GIFFORD
    Attorney for Plaintiffs, Carpenters
    Southwest Administrative Corporation
    and Board of Trustees for the Carpenters
    Southwest Trusts